In the United States Federal Court
Wichita, Kansas

**FILED**
SEP 22 2010
Clerk, U.S. District Court
By: _____ Deputy Clerk

Undersigned, plaintives
vs
Con Care, Inc
Sedg. Co. Sheriff, Hinshaw,
District Attorney, Nola Folston
Defendants

Case no 10-3190-SAC

Pro Se Motion
Class Action Complaint

We, the Undersigned plaintives, do hereby bring a class action law suit in the United States Federal Court, Wichita, Ks., against the above named defendants. This is a real and viable complaint against the Sedgwick Co. Sheriff, Hinshaw, overseeing the Adult Detention Facility; District Attorney, Nola Folston; and, the medical contractor Con Care, Inc., for violating the Constitutional, Civil, and Human Rights of the below signed, and as follows:

A. In a conspiracy to manipulate and misinform the general public, for monetary gain, in order to falsify and inflate the prisoner population of the Sedgwick County Sheriff's Detention Facility, to create and promote a false assumption that a larger jail, followed thereby a plea for more funds, the Sheriff's Dept., in conjunction with the Sedgwick County District Attorney, the Sedgwick County Commissioners, and the 18th Judicial District Court, did knowingly create an environment (cont)

A (cont) artificially inflated to emergency proportions to affect overcrowding, which, in fact, created an unhealthy, unsafe, and unnecessary hazard to the inhabitants thereof. The details of these offenses are as follows:

(1) The above named defendants have conspired and combined to form a conspiracy to artificially inflate the bonding system in the 18th Judicial District Court, knowing that the effect would cause the Sedgwick County jail to fill with the homeless, the poor, and the destitute. Compared to other counties, other States, Sedwick County citizenry has become the victims of a concerted effort to impose unnecessarily excessive bonds for minor property and non-violent offenses, as well as misdemeanors, sending a false signal to the public that Wichita is in rising crime zone, justifying overcrowded condition with desperate, violent offenders, when, in fact, it is an illusion perpetrated to fleece the Federal Government, and the Citizens of Sedgwick, out increasingly larger sums of money.

(2) The greater percentage, 85 to 95 percent of the prisoners in said jail, are detained on non-violent, property crimes, or traffic infractions, which in comprable States, matching similar infractions are still misdomeanors or low felonies, using an O.R. (or, own signature) bond as a guarantee to appear in Court, or, a very low security bond made by a professional surety.

(3) We contend that this excessive bond system is a tool of extreme manipulation, used by the above named conspirators to keep the poor, the homeless, the physically ill and the mentally handicapped, in an environment where they are repeatedly discriminated against, and physically, emotionally and spiritually abused as a common practice. Proper medical attention is repeatedly, and aggressively, denied due to the admitted lack of funds to properly care for these prisoners, yet, monies are continually spent on construction projects and equipment purchases, such as "Tazers" and "Full Body Scanners", which are indicators of the brutal and invasive mindset of the jail administrators.

(4) It is the continual and admitted policy of said facility to deny previously prescribed medications and treatment, quoting "policy conflicts", which endangers the long-term health of said prisoners, due to the practice of filling the jail with non-violent offenders who do not to be incarcerated.

(5) Because of an over-inflated criminal docket and jail population, the average length of incarceration has been extended far-beyond what the United States Constitution deems to be a Fast and Speedy trial process. Adherence to the well-established "180 day Fast and Speedy Trial" is now a joke in the Sedgwick County Judicial circles, and a myth to the prisoners when "Judges actually upheld Constitutional issues" in this county. In fact, it is the norm that a prisoner often serves more time than the offense carries by the time he/she gets to a trial date, with no redress if found not guilty.

4 of 10

(5.) (cont) It is a general concern, and a common practice, for a prisoner to accept a plea, no matter of guilt or innocense, just to get the sentence completed. This travesty is perpetrated as part of the conspiracy to keep the jail full, and, in fact, aided by appointed counsel, through continual extension of appearance dates by both the District Attorney and defense counsel, without the permission, or even the knowledge of the defendant, thus, prolonging unnecessary incarceration and, in effect, inflating the detention facility population with non-violent offenders who would otherwise be awaiting trial on bond. The difference is justified by "Money".

Federal and State funds are appropriated only by the demonstration of need. The forced overcrowding is the tool used to gain public sympathy and approval; the exaggerated, forced conditions are designed to convince the public of ever-contenueing funds to alleviate a condition that needlessly exists. The system requires ever-increasing amounts of money to afford ever-greater facilities, so more non-violent offenders can be housed and the conspiratorial cycle can be perpetuated. More funds do not translate into better care or conditions, or even self-help programs, the money is, invariably, used for construction and hardware, equipment and more man-power, and never, once, was it ever used for the purpose it was requested for, to help prisoners improve their chances of remaining free

(6) We, therefore contend, that no self-help programs exist beyond a lackadaisical, token attempt to appease the criticism, but not for the improvement of the prisoners life and chances to remain free by not repeat offending. In fact, little is available, but the programs that exist are brought by outside volunteer, religious and service agencies, such as "S.A.C.". A great percentage of the prison population are admitted alcoholics and addicts, many are borderline mentally retarded or have serious emotional and social handicaps; all these prisoners need to be in Special care and housing, therapeutic environments, if not in jail, then upon release, which does not occur because no such social service exists that prepares these people for release. Instead, they are incarcerated for a period of months, at which time they are unceremoniously dumped back on the streets with no funds, no home, and very few prospects. Due to the above stated charges, their Constitutional, Civil and Human Rights are violated in the malicious attempt to continually mislead the public about the ultimate destiny of these people.

(7) We further state that the inhabitants detained in the Sedgwick Detention Facility have been denied due process by the representation by a public defender's office that is overcrowded and undermanned, who, due to this impossible caseload, cannot provide adequate legal assistance. By overburdening the representation, those of us who remain in custody and have no resources to retain private counsel are subjected to a lesser degree of representation, as well as one of the main tenents of the U.S. Constitution which stresses the "assumption of innocense."

(7)(cont) this obviously places an inordinate burden of proof back on the defendant without the access of any aid in organizing, investigating, or otherwise preparing for a trial, and without the benefit of a counsel with the incentive to provide adequate defense or resources. This misplaced emphasis, and unethical practice, of overcharging the offender to effect a greater reluctance to proceed to an actual trial, obviously translates to "Let's Make a deal - OR Else", which, in a great percentage of the cases remedied by a plea, are simply reduced in severity to what the charge should have been originally, at the point of complaint. This is blatant and underhanded misuse of authority and a complete corruption of Justice by the very institution and elected official sworn to protect that system. Instead, the integrity of the office is called into question, and becomes a spoke in the wheel designed to run over the poor and defenseless, and denies due process and violates their rights and makes a mockery of the U.S. Constitution, as well as the public trust. This vicious attitude, this hateful and corrupt system, denies the Rights of the very people most in need of fairness, those exact people who the Authors of the Constitution intended to benefit and protect from such heavy-handed prejudice and tyranny. Thus, the obvious discrimination against a minority unable to defend itself via qualified legal representation, who are continuously being victimized by a system they are incouraged to trust. In fact, the poor and ignorant have become the very fuel that empowers this corrupt political machine, which enables it to continue it's victimi- zation in a continuing cycle of abuse and shame.

B. We contend, and defend, that harmful treatment has been knowingly perpetrated against the below-signed individuals (and yet to be named plaintives) and we now seek redress in the United States Federal Court. We state that the illegal incarceration within a hostile and unsafe, unhealthy, and unnecessary conditions has damaged us irrepairably and now request monitary compensation in the amount of one-million ($1,000,000.00) U.S. Federal Reserve dollars, per plaintive, per offense, as well as requesting other civil sanctions and penalties the Court may deem appropriate to end the violent, abusive and illegal treatment, including:

(1) We contend that proper medical treatment, health aids and facilities have been, and are, denied; to apply for proper medical treatment within the Sedgwick County Detention Facility is catamount to volunteering for cruel and unusual punishment, and contenual harrassment and mistreatment by the medical staff and security force. Under the current guise of medical treatment the policies concerning serious medical conditions have been circumvented by the security force, forcing the medical staff to withhold properly prescribed medications and health aids, such as mattresses and pillows, for inmates with special physical handicaps and requirements, after the Doctor or P.A. has previously approved such items. These items can now only be obtained if self-purchased, or if they want to submit to a forced isolation in the medical unit, where the housing allows no communication, visits, exercise, entertainment, or movement of any type, which, in effect, is a more severe punishment than is administered to problem and violent prisoners in the isolation unit;

(1) (Cont.) medical prisoners are literally locked down 24 hours a day. This policy was created specifically to deter the sick and infirm prisoners from requesting these health aids, medications and services, but, in fact, punishes the most severely handicapped and ill prisoners that need this medical attention the most.

(2) These same conditions apply to the clinically prescribed Special Diets, for those prisoners who have special life-threatening heart, intestinal, or allergic requirements, which demands that these special diets be adhered to. But, again, these prisoners are placed in jeopardy as the security force circumvents prescribed, written orders by Doctors and medical Staff, all due to policy and cost. These prisoners with specific dietary needs have documented, medical justifications for the necessity of these diets, and to ignore and arbitrarily deny these needs to the most vulnerable because of a "policy", or fenancial considerations, which again, derives from the above stated promotion of a "emergency situation", is a direct, blatant and shameful disregard for human rights. The purposeful denial of needed medications, as well as subjecting the old, ill, and the lame, to a special, demeaning, living condition, not only discriminates, but violates every aspect of human decency set for in the safeguards against such treatment in the Bill of Rights and U.S. Constitution, as well as outright deceives the public concerning the atrocities that occur, in secrecy, in a public institution, all to promote the shameful generation of monitary gain.

(2) (cont.) The effect is a parasitic feeding frenzy of one faction of our society, consumeing another, unfortunate and totally indefensable, for the stark reality of greed, to perpetuate a cycle of disgrace.

We, the undersigned plaintives, hereby request immediate relief from the abusive practices and conditions set forth in this document. We are also requesting that the Court install a guardian, or someone in authority, to maintain that no retrobutive action is taken against the undersigned by individuals, or representatives, or employees, of the named defendants, in the form of isolation, to hinder communication, or removed from materials and resources necessary to research, write, record, copy, or mail legal documents, or to receive same, or, to otherwise communicate with the Court, including unscheduled, and unnecessary transfer to another county. Therefore, we are also requesting the appointment of legal counsel to aid us in this suit.

Plaintives VS Sedg. Co Sheriff's Dept    page ten of ten

Forma Pauperous

We, the undersigned, hereby swear that we are without funds to hire legal representation in this matter.

We affirm that all the information within this document is sworn to be the truth and accurate to the best of my (our) knowledge on this 11th day of September, 2010.

Address for below Signed plaintives: 141 W. Elm, Wichita, 67203

Garrett Jack Ogden

William Becker

Derek I. Henson

Vincent Taylor

Donald R. Rowden

G.D. Blankenship

Joshua P. Harris

Tish Miles

Steve McMillan

James Blackbear

Aaron Haig

Fransico Ortega

Raymond Sipult

Branden S Bell SR

Wesley A. Smith

Steven McCarley

Haikaz Mansuryan

Kevin L. Tawzer

Keith Thurman