Addition Sheet

Please add the following individuals to this case 10-3190SAC

Sean

Sean CoCosta
141 w. Elm
Wichita, KS 67203

Richard Skelley
Richard Skelley

141 W Elm
Wichita, Ks 67203

Andrew Gill
Andrew Gill
4339 E. Bailey
Wichita, Ks 67218

FILED
OCT 1 9 2010
Clerk, U.S. District Court
By: _____ Deputy Clerk